**IN RE: Robert W. HUNT, M.D., a Medical Corporation, Debtor.**

**Peli Popovich Hunt, Appellant,**

v.

**David M. Goodrich, Chapter 7 Trustee; Peter C. Anderson, United States Trustee, Appellees.**

No. 16-55679

United States Court of Appeals, Ninth Circuit.

cation and is not precedent except as provid-

Submitted June 26, 2017 *

Filed July 5, 2017

Peli Popovich Hunt, Pro Se

David Gould, Esquire, Gould & Gould LLP, Calabasas, CA, for Appellee David M. Goodrich

Hatty Yip, Dare Law, Trial Attorney, Office of the U.S. Trustee, Los Angeles, CA, for Appellee Peter C. Anderson

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Peli Popovich Hunt appeals pro se from the district court's orders denying her post-judgment motions "for rulings on leave to file as a vexatious litigant and return of bonds," to disqualify the chapter 7 trustee, and for reconsideration. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We affirm.

In the opening brief, Hunt fails to address how the district court erred in denying her motions. As a result, Hunt has waived her challenge to the district court's orders. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

All pending motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.